

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN RE: 5622 EQUITY DE, LLC and | § | No. 08-23-00059-CV |
| REAL PROPERTY located at 5622 EVERS | § | AN ORIGINAL PROCEEDING |
| ROAD, SAN ANTONIO, TEXAS, 78238, | § | IN MANDAMUS |
|  | § |  |
| Relators. |  |  |

## MEMORANDUM OPINION

Relators, 5622 Equity DE, LLC and Real Property Located at 5622 Evers Road, San Antonio, Texas 78238, and real party in interest, City of Leon Valley, have filed a joint motion to dismiss this petition for writ of mandamus. *See* TEX. R. APP. P. 42.1(a) (governing voluntary dismissals). The agreed motion to dismiss indicates the parties have settled the dispute underlying this original proceeding. Further, the parties indicate in their joint dismissal motion that a settlement agreement was reached.

We grant the parties' joint motion to dismiss and dismiss this original proceeding. *See* TEX. R. APP. P. 42.1(a). Further we deny all pending motions as moot. Court costs are taxed against Relators. *See* TEX. R. APP. P. 42.1(d) (court to tax costs against appellant absent agreement of the parties).

YVONNE T. RODRIGUEZ, Chief Justice

June 12, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.